SCANNED

DATE: 1-20-04

BY: _____cmg_____

Allowed by the Court. By Dino P. Affan, Deputy Clerk to the Honorable Robert B. Collings, USMJ

1-20-04

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA )
) No. 04 M 0444 RBC
v. )
)
EDDY LOPEZ ) FILED UNDER SEAL
A/K/A "SWIFT" )
)
)

GOVERNMENT'S MOTION TO UNSEAL

The United States hereby moves to unseal the complaint and complaint affidavit, and all other filings in the above captioned matter. As grounds for this motion, the government states that the above case was sealed on January 19, 2004, so that no public disclosure of the filing of the complaint would impede attempts to arrest the defendants. The defendant was arrested on January 20, 2004.

Respectfully submitted,

MICHAEL J. SULLIVAN

United States Attorney

By: _____
PETER K. LEVITT
JOHN A. WORTMANN, JR.
Assistant U.S. Attorneys

January 20, 2004