# United States District Court
# District of Massachusetts

UNITED STATES OF AMERICA

    v.                          MAGISTRATE JUDGE'S DOCKET
                                        NO. 04M0444RBC

EDDY LOPEZ, ETC.,
    Defendant.

## *ORDER PURSUANT*
## *TO RULE 5.1, FED.R.CRIM. P.*

COLLINGS, U.S.M.J.

The defendant appeared with counsel on February 2, 2004. After hearing, I find that there is probable cause to believe that the defendant committed the crimes with which he is charged in the Complaint.

Accordingly, pursuant to Rule 5.1(a), Fed.R. Crim. P., it is ORDERED that the defendant be, and he hereby is, held to answer in the District Court.

Pursuant to Rule 5.1(c), Fed.R. Crim. P., all papers in the above-styled

case are TRANSMITTED herewith to the District Court.

/s/ Robert B. Collings
_____ROBERT B. COLLINGS
United States Magistrate Judge

Date:  February 2, 2004.